## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ABNER MATEO, *on behalf of himself And all others situated,* | : | Civ. No. 16-8434 |
| | : | |
| Plaintiff, | : | **JUDGMENT** |
| | : | |
| v. | : | |
| | : | |
| ARS NATIONAL SERVICES, INC., and JOHN DOES 1-25, | : | |
| | : | |
| Defendants. | : | |

Defendant ARS National Services, Inc. served, on or about May 30, 2017, upon the plaintiff an offer to allow judgment to be taken against them pursuant to Federal Rule of Civil Procedure 68(a), Exhibit A;

The Plaintiff, Abner Mateo, accepted the defendant ARS National Services, Inc.'s Offer of Judgment by the filing of a Notice of Acceptance of Offer of Judgment on June 13, 2017, within 14 days of the Offer, Exhibit B; therefore,

IT IS, on this 17th day of July, 2017,

Ordered that the Clerk of Court shall forthwith enter judgment in favor of the Plaintiff, Abner Mateo, and against the defendant ARS National Services, Inc., for actual and statutory damages in the amount of $1,001, with taxable and recoverable costs and attorney's fees accrued through the date of the Offer of Judgment with respect to the claims against ARS National Services, Inc.

SUSAN D. WIGENTON, USDJ